UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MICHAEL GRILL ACE & ASSOCIATES, P.C.

---

JORGE ANTONIO, ETAL

Plaintiff(s)

- against -

GRAND SICHUAN INTERNATIONAL 24 INC., ETAL

Defendant(s)

Index # 07 CV 6513 (CASTEL)

Purchased July 19, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 24, 2007 at 08:35 PM at

1049 2ND AVENUE
NEW YORK, NY10022

deponent served the within SUMMONS AND COMPLAINT on GRAND SICHUAN EASTERN (NY) INC. therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to "JANE SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|------|-----------|------------|---------------|------------------|-----------------|
| FEMALE | YELLOW | BLACK | 37 | 5'5 | 135 |

GLASSES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  July 25, 2007

| | | |
|---|---|---|
| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 |

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 444728

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728