UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

---

JORGE ANTONIO, ETAL

                        Plaintiff(s)

- against -

                  Index # 07 CV 6513 (CASTEL)

GRAND SICHUAN INTERNATIONAL 24 INC., ETAL

                  Purchased July 19, 2007

                        Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 24, 2007 at 08:35 PM at

1049 2ND AVENUE
NEW YORK, NY10022

deponent served the within SUMMONS AND COMPLAINT on GRAND SICHUAN INT'L EASTERN, INC. therein named,

**CORPORATION**  a DOMESTIC corporation by delivering thereat a true copy of each to "JANE SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 37 | 5'5 | 135 |
| GLASSES | | | | | |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 25, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 444728

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728