UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JORGE ANTONIO, SERGIO GOMEZLUIS,
ROGELIO MORALES, ALEJANDRO
MELCHOR, ALEJANDRO LOPEZ, ISMAEL
GOMEZ, and EUSEBIO MORALES,
individually and on behalf of others similarly
situated,

                       *Plaintiffs*,

            -against-

GRAND SICHUAN INTERNATIONAL 24
INC. d/b/a GRAND SICHUAN
INTERNATIONAL, GRAND SICHUAN
INTERNALTIONAL, INC., GRAND
SICHUAN INT'L MIDTOWN, INC., GRAND
SICHUAN EASTERN (NY) INC., GRAND
SICHUAN WESTERN CORP., GRAND
SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC.,
and XIAO TU ZHANG, and GUANG JUN LI,

                       *Defendants*.

07 Civ. 6513 (KC)(THK)

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Michael Faillace, the undersigned, of Michael Faillace & Associates, P.C., located at 110 East 59th Street, 32nd Floor, New York, New York 10022, hereby enters his appearance in this matter as counsel for Plaintiffs. The undersigned is admitted to practice in this Court.

Dated:  New York, New York
         September 4, 2007

                                                        By:           /s/
                                                     Michael Faillace [MF-8436]
                                                     Michael Faillace & Associates, P.C.
                                                     110 E. 59th Street, 32nd Floor
                                                     New York, New York 10022
                                                     Tel: (212) 317-1200
                                                     Fax: (212) 317-1620
                                                     *Attorneys for Plaintiff*