JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
Attorneys of record:
    Richard I. Greenberg (RG 4911)
    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL 24 INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,<br><br>                  Plaintiff,<br><br>-against-<br><br>GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,<br><br>                  Defendants. | Index No. 07 CV 6513 (KC)(THK)<br><br>**<u>NOTICE OF APPEARANCE OF PETER C. MOSKOWITZ, ESQ.</u>** |

       PLEASE TAKE NOTICE that Peter C. Moskowitz, Esq. hereby appears in connection with the above-referenced action on behalf of Defendant Grand Sichuan International 24 Inc.

I certify that I am admitted to practice in this court.

                                                              Respectfully submitted,

                                        JACKSON LEWIS LLP
                                            59 Maiden Lane
                                            New York, New York 10038-4502
                                            (212) 545-4000

Dated: September 5, 2007            By: _____
       New York, New York                      Richard I. Greenberg (RG 4911)
                                            Peter C. Moskowitz (PM 8845)

                                            ATTORNEYS FOR DEFENDANT
                                            GRAND SICHUAN INTERNATIONAL
                                            24 INC.