# jackson | lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LONG ISLAND, NY | PROVIDENCE, RI |
|---|---|---|---|
| 59 Maiden Lane | BIRMINGHAM, AL | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| | BOSTON, MA | MIAMI, FL | RICHMOND, VA |
| | CHICAGO, IL | MINNEAPOLIS, MN | SACRAMENTO, CA |
| New York, New York 10038 | CLEVELAND, OH | MORRISTOWN, NJ | SAN FRANCISCO, CA |
| Tel 212 545-4000 | DALLAS, TX | NEW YORK, NY | SEATTLE, WA |
| | DENVER, CO | ORANGE COUNTY, CA | STAMFORD, CT |
| Fax 212 972-3213 | GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| | HARTFORD, CT | PITTSBURGH, PA | WHITE PLAINS, NY |
| www.jacksonlewis.com | HOUSTON, TX | PORTLAND, OR | |

DIRECT DIAL: (212) 545-4071
EMAIL ADDRESS: MOSKOWITZP@JACKSONLEWIS.COM

**MEMO ENDORSED**

September 5, 2007


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07



**VIA HAND DELIVERY**

Honorable Kevin P. Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    Antonio et al. v. Grand Sichuan International 24
              Inc. et al.
              **Index No. 07 CV 6513 (KC)(THK)**

Dear Judge Castel:

      We represent Grand Sichuan International 24 Inc. in the above-referenced matter. We write with the consent of Plaintiffs' counsel to request an adjournment of the Initial Conference presently scheduled for Friday, September 7, 2007 at 4:30 p.m. We were recently retained to represent Grand Sichuan International 24 Inc. in this matter and the parties have agreed to extend Grand Sichuan International 24 Inc.'s time to respond to the Complaint until September 28, 2007. (A copy of the Stipulation and Order that was submitted to the Court for your consideration is attached hereto.) This is the parties first request for an adjournment and it does not effect any other scheduled dates.

*Conference adjourned from September 7 to October 5, 2007 at 10:15 a.m.*

*SO ORDERED.*

*/s/ PKC*
*USDJ*
*9-5-07*



Judge Kevin P. Castel
United States District Court
Southern District of New York
September 5, 2007
Page 2

       Thank you for your consideration of this request.  Please contact us if you have any questions.

Very truly yours,

JACKSON LEWIS LLP

Peter C. Moskowitz

Enclosure

cc:    Michael Faillace, Esq. (via facsimile)
       Marc Steier, Esq. (via facsimile)
       Richard I. Greenberg, Esq.