```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,

    Plaintiff,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and QUANG JUN LI,

    Defendants.

---

Index No. 07 CV 6513 (KC)(THK)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their attorneys, that Defendant Grand Sichuan International 24, Inc.'s time to answer, move or otherwise respond to the Complaint in the above-captioned action is extended up to and including September 28, 2007.

    Respectfully submitted,

Dated: August 20, 2007
New York, New York

MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

_____
Michael Faillace (MF 8436)
Marc Steier (MS 3543)

ATTORNEY FOR PLAINTIFFS

JACKSON LEWIS LLP
59 Malden Lane
New York, New York 10038-4502
(212) 545-4000

_____
Richard I. Greenberg (RG 4911)
Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN
INTERNATIONAL 24 INC.

SO ORDERED: _____
U.S.D.J.

9-5-07