# jackson|lewis
Attorneys at Law

**MEMO ENDORSED**

Jackson Lewis LLP
59 Maiden Lane
New York, New York 10038
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

Representing Management Exclusively in Workplace Law and Related Litigation

| | | |
|---|---|---|
| ATLANTA, GA | LONG ISLAND, NY | PROVIDENCE, RI |
| BIRMINGHAM, AL | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| BOSTON, MA | MIAMI, FL | RICHMOND, VA |
| CHICAGO, IL | MINNEAPOLIS, MN | SACRAMENTO, CA |
| CLEVELAND, OH | MORRISTOWN, NJ | SAN FRANCISCO, CA |
| DALLAS, TX | NEW YORK, NY | SEATTLE, WA |
| DENVER, CO | ORANGE COUNTY, CA | STAMFORD, CT |
| GREENVILLE, SC | ORLANDO, FL | WASHINGTON, DC REGION |
| HARTFORD, CT | PITTSBURGH, PA | WHITE PLAINS, NY |
| HOUSTON, TX | PORTLAND, OR | |

DIRECT DIAL: (212) 545-4071
EMAIL ADDRESS: MOSKOWITZP@JACKSONLEWIS.COM

October 2, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

RECEIVED
OCT 03 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**VIA HAND DELIVERY**

Honorable Kevin P. Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Antonio et al. v. Grand Sichuan International 24 Inc. et al.
      **Index No. 07 CV 6513 (KC)(THK)**

Dear Judge Castel:

We represent Grand Sichuan International 24 Inc., one of the defendants in the above-referenced matter. We write at the direction of Grand Sichuan International 24 Inc. to advise the Court that our client no longer wants us to represent it in this lawsuit. In accordance with your Honor's Individual Practices, we request permission to make a motion to withdraw as counsel for Grand Sichuan International 24 Inc. Since we will no longer be representing Grand Sichuan International 24 Inc. in this action, we request an adjournment of the Initial Conference, presently scheduled for Friday, October 5, 2007 at 10:15 a.m., until after our motion to withdraw is decided. To date, to our knowledge none of the Defendants, including Grand Sichuan International 24 Inc., have responded to the Complaint.

*Initial Conference adjourned from October 5 to 11/2/07 at 12:30 p.m. Counsel should proceed with its motion to withdraw promptly & serving the client and advising the client that an artificial entity must be represented by counsel. Motion shall be filed by October 10. SO ORDERED*

*/s/ Castel USDJ*
*10-3-07*



Judge Kevin P. Castel
United States District Court
Southern District of New York
October 2, 2007
Page 2

        Thank you for your consideration of this request. Please contact us if you have any questions.

Very truly yours,

JACKSON LEWIS LLP

Peter C. Moskowitz

cc:    Michael Faillace, Esq. (by facsimile)
        Richard I. Greenberg, Esq.