JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
Attorneys of record:
    Richard I. Greenberg (RG 4911)
    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL 24 INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,

    Plaintiff,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,

    Defendants.

Index No. 07 CV 6513 (PKC)(THK)

**<u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GRAND SICHUAN INTERNATIONAL 24 INC.</u>**

---

To:    Michael Faillace, Esq.
        Michael Faillace and Associates P.C.
        110 East 59th Street, 32nd Floor
        New York, New York 10022
        ATTORNEYS FOR PLAINTIFF

        Defendant Grand Sichuan International 24 Inc.
        229 9th Avenue
        New York, New York 10001

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Richard I. Greenberg, Esq., affirmed on the 9th day of October, 2007, the undersigned counsel will move this Court, pursuant to Local Civil Rule 1.4, on a date set by the Court before the Honorable P. Kevin Castel, at the United States Southern District Court, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Defendant Grand Sichuan International 24 Inc.'s counsel's motion to withdraw, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Dated: October 9, 2007          By: _____
       New York, New York           Richard I. Greenberg (RG 4911)
                                    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL 24 INC.