JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
Attorneys of record:
    Richard I. Greenberg (RG 4911)
    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL 24 INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,

                Plaintiff,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,

                Defendants.

Index No. 07 CV 6513 (PKC)(THK)

**AFFIRMATION OF RICHARD I. GREENBERG, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GRAND SICHUAN INTERNATIONAL 24 INC.**

---

    I, Richard I. Greenberg, an attorney admitted to practice law before the Courts of the State of New York and, inter alia, before the United States District Court for the Southern District of New York, hereby affirms, under penalty of perjury, as follows:

    1.    I am a partner with Jackson Lewis, LLP, attorneys for Defendant Grand

Sichuan International 24 Inc. ("Defendant").

2. We are making this motion to withdraw due to Defendant's direction that we no longer represent it in this matter.

3. This lawsuit was filed on or about July 19, 2007 alleging that numerous defendants, including Defendant Grand Sichuan International 24 Inc., violated the Fair Labor Standards Act ("FLSA") and the New York State Labor Law by not paying Plaintiffs minimum wage, as well as overtime for all hours worked in excess of 40 hours per work week.

4. The Complaint was brought as a collective action under the FLSA.

5. Defendant Grand Sichuan International 24 Inc. has not filed an Answer to the Complaint.

6. I have advised Grand Sichuan International 24 Inc. that a corporation must be represented by an attorney in order to appear in this action.

7. The Initial Conference in this matter is scheduled for November 2, 2007 at 12:30 p.m.

Affirmed on this 9th day
of October, 2007

_____
RICHARD I. GREENBERG

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2007, I caused true and correct copies of Notice of Motion to Withdraw as Counsel for Defendant Grand Sichuan International 24, Inc. and Affirmation of Richard I. Greenberg in Support of Motion to Withdraw as Counsel for Defendant Grand Sichuan International 24 Inc. to be served on:

1. Plaintiffs by electronically filing them with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon Plaintiffs' counsel of record:

> Michael Faillace, Esq.
> Michael Faillace and Associates P.C.
> 110 East 59th Street, 32nd Floor
> New York, New York 10022

2. Defendant Grand Sichuan International 24 Inc. via First Class Mail, by placing said documents into an official postal depository, sufficient postage affixed, at the following address:

> Grand Sichuan International 24 Inc.
> 229 9th Avenue
> New York, New York 10001

_____
Peter C. Moskowitz, Esq.