JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
Attorneys of record:
    Richard I. Greenberg (RG 4911)
    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL ST. MARKS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,<br><br>            Plaintiff,<br><br>-against-<br><br>GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,<br><br>            Defendants. | Index No. 07 CV 6513 (KC)(THK)<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 BY DFENDANT GRAND SICHUAN INTERNATIONAL ST. MARKS, INC.** |

    Pursuant to Fed. R. Civ. P. 7.1 and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Grand Sichuan International St. Mark's, Inc. ("Defendant") hereby certifies that Defendant has no parent corporation, nor does any publicly held corporation own 10% or more of Defendant's stock.

Respectfully submitted,

JACKSON LEWIS LLP

59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Dated: November 2, 2007
New York, New York

By: _____
Richard I. Greenberg (RG 4911)
Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL
ST. MARKS, INC.