# MEMO ENDORSED

JACKSON LEWIS LLP
    59 Maiden Lane
    New York, New York 10038-4502
    (212) 545-4000
Attorneys of record:
    Richard I. Greenberg (RG 4911)
    Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN INTERNATIONAL 24 INC.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,

            Plaintiff,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,

            Defendants.

---

Index No. 07 CV 6513 (PKC)(THK)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT GRAND SICHUAN INTERNATIONAL 24 INC.**

*[Handwritten endorsement:]* Motion is granted. Corporation has until November 21, 2007 to appear by an attorney admitted to practice before this Court. FAILURE TO DO SO MAY RESULT IN A DEFAULT JUDGMENT. SO ORDERED.

*[Signature]*
USDJ
11-2-07

To:  Michael Faillace, Esq.
      Michael Faillace and Associates P.C.
      110 East 59th Street, 32nd Floor
      New York, New York 10022
      ATTORNEYS FOR PLAINTIFF

      Defendant Grand Sichuan International 24 Inc.
      229 9th Avenue
      New York, New York 10001

PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Richard I. Greenberg, Esq., affirmed on the 9th day of October, 2007, the undersigned counsel will move this Court, pursuant to Local Civil Rule 1.4, on a date set by the Court before the Honorable P. Kevin Castel, at the United States Southern District Court, United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Defendant Grand Sichuan International 24 Inc.'s counsel's motion to withdraw, and for such other and further relief as this Court may deem just and proper.

                                              Respectfully submitted,

                                              JACKSON LEWIS LLP
                                              59 Maiden Lane
                                              New York, New York 10038-4502
                                              (212) 545-4000

Dated: October 9, 2007           By:          _____
       New York, New York                      Richard I. Greenberg (RG 4911)
                                              Peter C. Moskowitz (PM 8845)

                                              ATTORNEYS FOR DEFENDANT
                                              GRAND SICHUAN INTERNATIONAL 24 INC.