LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690

Attorneys for Defendant
Grand Sichuan International 24 Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JORGE ANTONIO, SERGIO GOMEZLUIS,                 07 Civ. 6513 (PKC) (THK)
ROGELIO MORALES, ALEJANDRO MELCHOR,
ALEJANDRO LOPEZ, ISMAEL GOMEZ, and
EUSEBIO MORALES, individually an don behalf
of other similarly stated,                       **NOTICE OF APPEARANCE**

                     Plaintiffs,

    -against-

GRAND SICHUAN INTERNATIONAL 24 INC.
d/b/a GRAND SICHUAN INTERNATIONAL,
GRAND SICHUAN INTERNATIONAL, INC.,
GRAND SICHUAN INT'L MIDTOWN, INC.,
GRAND SICHUAN WESTERN CORP.,
GRAND SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC., and
XIAO TU ZHANG, and GUANG JUN LI,

                     Defendants.
-----------------------------------------------------------------x

    TO THE CLERK OF THIS COURT
    AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for GRAND SICHUAN

INTERNATIONAL 24 INC. a defendants named herein.  I certify that I am admitted to

practice in this court.

Dated: New York, New York
November 21, 2007

                                      LAW OFFICES OF BING LI, LLC
                                      Attorneys for Defendant Grand Sichuan
                                      International 24 Inc.

                                      By:/s/_____
                                          Bing Li (BL 5550)