# MEMO ENDORSED

**LAW OFFICES OF BING LI, LLC**
ATTORNEYS AT LAW

1350 BROADWAY, SUITE 1001
NEW YORK, NY 10018-0947
TELEPHONE: (212) 967-7690
FACSIMILE: (917) 591-9292

**NEW JERSEY OFFICE**
403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NJ 07920-2812
TELEPHONE: (908) 647-9300
TELECOPIER: (908) 647-9301

BING LI[1]
bli@blillc.com

*[handwritten endorsement:]* The time for filing a notice of appearance extended to November 30, 2007. Conference remains scheduled for January 11, 2008 at 2:30 pm. SO ORDERED. /s/ P. Kevin Castel, USDJ 11-27-07

November 21, 2007

[1] MEMBER NY & NJ BARS

**VIA FACSIMILE (212-805-7949)**
The Honorable P. Kevin Castel, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re:   Jorge Antonio et al. v.
      Grand Sichuan International 24 Inc. et al.
      Case No.: 07 Civ. 6513 (PKC) (THK)

*[stamp:] USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 11/26/07*

Dear Judge Castel:

My office respectfully appears as substitute attorney for defendant Grand Sichuan International 24 Inc. in connection with the above-referenced matter. A Notice of Appearance will be filed shortly as soon as the Court's ECF system is back from scheduled maintenance shutdown.

This letter is respectfully submitted to request that the Court extend any pending proceedings by three (3) weeks until after **December 12, 2007**. The extension is necessary because I will be on trial before Chief Magistrate Judge Gold, E.D.N.Y., in an unrelated matter from November 27 to December 3, 20007 and draft and submit post-trial submissions in that week. Thereafter, I will need time to review the file. Additionally, I am informed that the parties' settlement discussions have been ongoing and I understand that the parties' settlement positions are realistically close.

Plaintiff's counsel, Michael Faillace, Esq., has consented to this application. Accordingly, the Court is requested to grant the application.

Respectfully submitted,

Bing Li

cc:   Michael Faillace, Esq. (via facsimile and ECF)
      Grand Sichuan International 24 Inc.