

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORGE ANTONIO, SERGIO GOMEZLUIS, ROGELIO MORALES, ALEJANDRO MELCHOR, ALEJANDRO LOPEZ, ISMAEL GOMEZ, and EUSEBIO MORALES, individually and on behalf of other similarly stated,

           Plaintiff,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL, GRAND SICHUAN INTERNATIONAL, INC., GRAND SICHUAN INT'L MIDTOWN, INC., GRAND SICHUAN WESTERN CORP., GRAND SICHUAN INT'L ST. MARKS, INC., GRAND SICHUAN INT'L EASTERN, INC. and XIAO TU ZHANG, and GUANG JUN LI,

           Defendants.

---

Index No. 07 CV 6513 (KC)(THK)

**STIPULATION AND ORDER OF DISMISSAL OF GRAND SICHUAN INTERNATIONAL ST. MARKS, INC. WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Grand Sichuan International St. Marks, Inc., through their undersigned attorneys, as follows:

1. Plaintiffs hereby dismiss Defendant Grand Sichuan International St. Marks, Inc. without prejudice from the above-captioned action; and

2. Defendant Grand Sichuan International St. Marks, Inc. agrees that the statute of limitations on the claims Plaintiffs have asserted against it in the above-captioned action are tolled during the pendency of the above-captioned action.

Dated: January 9, 2008
New York, New York

Respectfully submitted,

MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

_____
Michael Faillace (MF 8436)

ATTORNEY FOR PLAINTIFFS

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

_____
Richard I. Greenberg (RG 4911)
Peter C. Moskowitz (PM 8845)

ATTORNEYS FOR DEFENDANT
GRAND SICHUAN
INTERNATIONAL ST. MARKS,
INC.

SO ORDERED: _____
U.S.D.J.

1-11-08