LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendant
Grand Sichuan International 24 Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JORGE ANTONIO, SERGIO GOMEZLUIS,     07 Civ. 6513 (PKC) (THK)
ROGELIO MORALES, ALEJANDRO MELCHOR,
ALEJANDRO LOPEZ, ISMAEL GOMEZ, and
EUSEBIO MORALES, individually an don behalf
of other similarly stated,

               Plaintiffs,          **NOTICE OF MOTION**
                                                                  **TO WITHDRAW AS**
           -against-                       **COUNSEL FOR**
                                                                   **GRAND SICHUAN**
GRAND SICHUAN INTERNATIONAL 24 INC.     **INTERNATIONAL 24 INC.**
d/b/a GRAND SICHUAN INTERNATIONAL,
GRAND SICHUAN INTERNATIONAL, INC.,
GRAND SICHUAN INT'L MIDTOWN, INC.,
GRAND SICHUAN WESTERN CORP.,
GRAND SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC., and
XIAO TU ZHANG, and GUANG JUN LI,

               Defendants.
-----------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the Declaration of Bing Li made the 17th day of March, 2008, the undersigned counsel will move before the Hon. P. Kevin Castel, U.S.D.J., pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern District of New York (2008), on a date to be set by the Court, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order granting the undersigned counsel's motion to withdraw as counsel for Defendant Grand

Sichuan International 24 Inc., and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 17, 2008

>                    LAW OFFICES OF BING LI, LLC
>                    Attorneys for Defendant
>                    Grand Sichuan International 24, Inc.
>
>                    By:/s_____
>                      Bing Li (BL 5550)
>                      1350 Broadway, Suite 1001
>                      New York, NY 10018-0947
>                      (212) 967-7690

## CERTIFICATE OF SERVICE

I, Bing Li, an attorney duly admitted to practice before this Court, hereby certify that on this _17_ day of March, 2008, I served a true copy of the within Notice of Motion to Withdraw as Counsel and the Declaration of Bing Li dated March 17, 2008, on the parties herein named via fax and by regular mail:

> Grand Sichuan International 24, Inc.
> 229 9th Avenue
> New York, NY 10001
>
> MICHAEL FAILLACE & ASSOCIATES, P.C.
> Michael Faillace (MF-8436)
> 110 East 59th Street, 32nd Floor
> New York, New York 10022
> (212) 317-1200
> Attorneys for Plaintiffs
> (via ECF)

>                    /s/_____
>                    Bing Li (BL 5550)