UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JORGE ANTONIO, al.

                      Plaintiffs,

      -against-

GRAND SICHUAN INTERNATIONAL 24 INC., et al.,

                      Defendants,

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

07 Civ. 6513(PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        Bing Li and the Law Offices of Bing Li, LLC move to withdraw as counsel for Grand Sichuan International 24 Inc. Service of the motion was made on plaintiffs' counsel and on Grand Sichuan International 24 Inc. The stated reason is that the lawyer has been discharged by the client. No opposition to the motion has been filed. The motion is GRANTED.

        **GRAND SICHUAN INTERNATIONAL 24 INC. IS ADVISED THAT BECAUSE IT IS NOT A NATURAL PERSON IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS LICENSED TO PRACTICE IN THIS COURT.**

        **IF BY APRIL 23, 2008, GRAND SICHUAN INTERNATIONAL 24 INC., FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE COURT, UPON APPLICATION BY A PROPER PARTY, MAY ENTER A DEFAULT JUDGMENT AGAINST IT. A DEFAULT JUDGMENT MEANS THAT THIS LAWSUIT WILL BE OVER AND THAT JUDGEMENT WILL BE ENTERED**

**AGAINST GRAND SICHUAN INTERNATIONAL 24 INC. IN FAVOR OF THE PLAINITFFS.**

Bing Li is directed to serve a copy of this Order upon Grand Sichuan International 24 Inc. by April 7, 2008 and file an affidavit of service of same with the Clerk of the Court.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 2, 2008