LAW OFFICES OF BING LI, LLC
Bing Li (BL 5550)
1350 Broadway, Suite 1001
New York, NY 10018-0947
(212) 967-7690
Attorneys for Defendant
Grand Sichuan International 24 Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JORGE ANTONIO, SERGIO GOMEZLUIS,      07 Civ. 6513 (PKC) (THK)
ROGELIO MORALES, ALEJANDRO MELCHOR,
ALEJANDRO LOPEZ, ISMAEL GOMEZ, and
EUSEBIO MORALES, individually an don behalf
of other similarly stated,

                     Plaintiffs,

      -against-

GRAND SICHUAN INTERNATIONAL 24 INC.
d/b/a GRAND SICHUAN INTERNATIONAL,
GRAND SICHUAN INTERNATIONAL, INC.,
GRAND SICHUAN INT'L MIDTOWN, INC.,
GRAND SICHUAN WESTERN CORP.,
GRAND SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC., and
XIAO TU ZHANG, and GUANG JUN LI,

                     Defendants.
-----------------------------------------------------------------x

### DECLARATION OF BING LI
### REGARDING SERVICE OF COURT ORDER

BING LI, an attorney duly admitted to practice before this Court, declares under the penalty of perjury as follows:

     1.      I am a member of the LAW OFFICES OF BING LI, LLC, attorneys for GRAND SICHUAN INTERNATIONAL 24 INC. ("Sichuan 24"), one of the defendants named in the above-captioned action.

- 2 -

    2.    On April 3, 2008, I caused to be served a true copy of the Order of the Honorable P. Kevin Castel dated April 2, 2008 (ECF Docket # 32) (the "Order"), together with a copy of the email docket text received through the court's ECF system ("Docket Text"), on defendant Sichuan 24 via email followed by first class regular mail sent to the business address of Sichuan 24, located at 229 9th Avenue, New York, NY 10001.

    3.    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 8, 2008
New York, New York.

    /s/_____
    Bing Li (BL 5550)