THE LAW OFFICES OF SCOTT B. TULMAN
& ASSOCIATES, PLLC
Scott Tulman (ST-2443)
Susan Papano (SP-2294)
369 Lexington Avenue, 15th Floor
New York, NY 10017
(212) 867-3600
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
JORGE ANTONIO, SERGIO GOMEZLUIS,
ROGELIO MORALES, ALEJANDRO MELCHOR,
ALEJANDRO LOPEZ, ISMAEL GOMEZ, and           07 Civ. 6513 (PKC) (THK)
EUSEBIO MORALES, individually and on behalf
of others similarly situated,

                Plaintiffs,

                -against-

GRAND SICHUAN INTERNATIONAL 24 INC.           **NOTICE OF APPEARANCE**
d/b/a GRAND SICHUAN INTERNATIONAL,
GRAND SICHUAN INTERNATIONAL, INC.,            **ECF Case**
GRAND SICHUAN INT'L MIDTOWN, INC.,
GRAND SICHUAN EASTERN (NY) INC.,
GRAND SICHUAN WESTERN CORP., GRAND
SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC.,
XIAO TU ZHANG, and GUANG JUN LI,

                Defendants.
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT
AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Scott B. Tulman, Esq. and Susan G. Papano, Esq., of The Law Offices of Scott B. Tulman & Associates, PLLC, hereby appear in connection with the above-captioned action as counsel for defendants Grand Sichuan International 24 Inc., d/b/a Grand Sichuan International, Xiao Tu Zhang and Guang Jun

Li.  The undersigned is admitted to practice in this Court.


Dated:  April 21, 2008
        New York, New York

                                                        Respectfully submitted,


                                                        THE LAW OFFICES OF SCOTT B.
                                                        TULMAN & ASSOCIATES, PLLC

                                                        369 Lexington Avenue, 15th Floor
                                                        New York, New York  10017
                                                        (212) 867-3600

                                                        By:/s/_____
                                                        Scott B. Tulman (ST-2443)
                                                        Susan G. Papano (SP-2294)

                                                        Attorneys for Defendants Grand
                                                        Sichuan International 24 Inc., Xiao
                                                        Tu Zhang and Guang Jun Li