THE LAW OFFICES OF SCOTT B. TULMAN
& ASSOCIATES, PLLC
Scott Tulman (ST-2443)
Susan Papano (SP-2294)
369 Lexington Avenue, 15th Floor
New York, NY 10017
(212) 867-3600
Attorneys for Defendants

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JORGE ANTONIO, SERGIO GOMEZLUIS,
ROGELIO MORALES, ALEJANDRO MELCHOR,
ALEJANDRO LOPEZ, ISMAEL GOMEZ, and       07 Civ. 6513 (PKC) (THK)
EUSEBIO MORALES, individually and on behalf
of others similarly situated,
                            Plaintiffs,

           -against-                      ~~PROPOSED~~ REVISED
                                          CIVIL CASE MANAGEMENT
GRAND SICHUAN INTERNATIONAL 24 INC.       PLAN AND SCHEDULING
d/b/a GRAND SICHUAN INTERNATIONAL,        ORDER
GRAND SICHUAN INTERNATIONAL, INC.,        **ECF Case**
GRAND SICHUAN INT'L MIDTOWN, INC.,
GRAND SICHUAN EASTERN (NY) INC.,
GRAND SICHUAN WESTERN CORP., GRAND
SICHUAN INT'L ST. MARKS, INC.,
GRAND SICHUAN INT'L EASTERN, INC.,
XIAO TU ZHANG, and GUANG JUN LI,
                            Defendants.
-----------------------------------------------------------x

This Court having considered the request of the parties for an extension of the deadline for completion of fact discovery in this case, as contained in paragraph 5 of the Civil Case Management Plan and Scheduling Order entered by this Court on January 11, 2008 (the "Scheduling Order"), and the Court being satisfied that such an extension is appropriate and necessary in this case, paragraph 5 of the Scheduling Order is hereby revised to provide that all fact discovery shall be completed no later than June 25th, 2008. Conference adjourned from May 2 to July 18, 2008 at 2:15 pm

Dated: New York, New York
       April 24, 2008

                                          _____
                                          P. Kevin Castel
                                          United States District Judge