UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```

JORGE ANTONIO, et al.

          Plaintiffs,

-against-

GRAND SICHUAN INTERNATIONAL 24 INC. d/b/a GRAND SICHUAN INTERNATIONAL et al.,

          Defendants.

Index No. 07 Civ. 6513 (PKC)

[Proposed] PKC
ORDER OF DISMISSAL

The Court having been advised that all claims asserted herein have been settled, it is

**ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated.

_____
P. Kevin Castel, United States District Judge

Dated: 6-27-08